ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 1 0 2018

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Information |
| v. | |
| MARVA ANDERSON | No. 1:18-CR-0005 |

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about December 2012 until in or about March 2014, in the Northern District of Georgia, the defendant, MARVA ANDERSON, did steal, purloin, and knowingly convert to her use a thing of value of the United States exceeding the sum of $1,000.00, namely, payments issued by the United States Department of Treasury, on behalf of the Social Security Administration, which payments were made payable to L.G. in the amount of $16,421.00, in violation of Title 18, United States Code, Section 641.

BYUNG J. PAK
*United States Attorney*

DIANE C. SCHULMAN
*Special Assistant United States Attorney*
Georgia Bar No. 496674

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181