# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00005-SCJ
## USA v. Anderson
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 06/12/2018.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:20 A.M.   COURT REPORTER: David Ritchie
TIME IN COURT: 00:20               DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Marva Anderson Present at proceedings |
| ATTORNEY(S) PRESENT: | Diane Schulman representing USA<br>Rebecca Shepard representing Marva Anderson |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentencing hearing held as to sole Count 1 of the Information. Sentence imposed: 2 years probation, with first 8 months on home confinement; $100.00 special assessment; $119,730.00 restitution to Social Security Administration. Defendant was advised of her appeal rights by the Court. |
| HEARING STATUS: | Hearing Concluded |